UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BECKY SUE BARRETT,

       Plaintiff,

                                          Case No. 1:13-cv-936

v.

                                          HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant,
_____/

## **JUDGMENT**

       Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.


Date:  December 10, 2014             /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 Chief United States District